UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. SECURITIES LITIGATION-II | Civil Action No. 06-CV-10040 (MLW) |

**ORDER APPROVING PLAN OF
<u>ALLOCATION OF NET SETTLEMENT FUND</u>**

  A. This Court entered an Order Certifying the Settlement Class, Preliminarily Approving Settlement and Providing for Notice to the Settlement Class, dated February 4, 2009 (the "Order for Notice and Hearing"), preliminarily approving the proposed Settlement, directing the mailing and publication of notice to potential Settlement Class Members, scheduling a hearing for June 16, 2009 (the "Fairness Hearing"), and providing Settlement Class Members with an opportunity to object to, *inter alia*, the Plan of Allocation of the Net Settlement Fund (the "Plan of Allocation") and to be heard concerning such objections;

  B. Notice has been provided to the members of the Settlement Class in accordance with the Order for Notice and Hearing, as evidenced by the Affidavit of Peter M. Craig In Connection With Notice By Mailing and Publication;

  C. The Notice, disseminated to Settlement Class Members in accordance with the Order for Notice and Hearing, contained Lead Plaintiffs' proposed Plan of Allocation for distribution of the Net Settlement Fund to Authorized Claimants; and

Doc. 163642

D.      Pursuant to the Order for Notice and Hearing and as set forth in the Notice, any objections to the Plan of Allocation had to be filed and served by May 15, 2009.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      This Order incorporates by reference the definitions in the Stipulation of Settlement, and all terms used herein shall have the same meanings as set forth in the Stipulation of Settlement.

2.      This Court has jurisdiction over the subject matter of the Plan of Allocation of the Net Settlement Fund and all matters relating thereto, including all members of the Settlement Class.

3.      Due and adequate notice of the Plan of Allocation was directed to all persons who are Settlement Class members, advising them of their right to object thereto.

4.      The terms and conditions of the Plan of Allocation, including, without limitation, the formulas for the calculation of Recognized Losses, all of which are set forth in the Notice provided to Settlement Class Members, are a fair, reasonable, and adequate basis upon which to allocate the Net Settlement Fund among Authorized Claimants.

IT IS SO ORDERED.

Dated: _June 16_____, 2009

/s/ Mark L. Wolf
_____
HON. MARK L. WOLF
CHIEF UNITED STATES DISTRICT JUDGE

Doc. 163642